MIAMI COUNTY BAR ASSOCIATION *v.* THOMPSON.

[Cite as *Miami Cty. Bar Assn. v. Thompson* (1997), 78 Ohio St.3d 103.]

(No. 96–1465—Submitted January 8, 1997—Decided April 2, 1997.)

*Dale G. Davis* and *James D. Utrecht,* for relator.

*Jack W. Skogstrom* and *David Greer,* for respondent.

*Per Curiam.* We accept the findings and conclusions of the board, but believe that a more stringent penalty is warranted. Respondent represented the lender in this case, but his arrangement with the parties enabled him to receive a fee from the borrower for each loan made by the lender. Despite the fact that the lender independently decided to make each loan, this arrangement put respondent in a position where he could profit by withholding information from or exercising influence on the lender.

A lawyer should avoid even the appearance of impropriety and the implication that his professional judgment on behalf of a client could be affected by the

lawyer's own interests. Respondent is therefore suspended for one year from the practice of law. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.